**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UMIYA MATAJI SANSTHA,<br><br>Plaintiff,<br><br>v.<br><br>OAK RIDGE COMMUNITY ASSOCIATION, et al.<br><br>Defendants. | Case No. 1:26-cv-08273 |

**DEFENDANT OAK RIDGE COMMUNITY ASSOCIATION'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, Oak Ridge Community Association ("Oak Ridge" or "Defendant"), by its attorneys, Shane M. Bradwell and Nitika Suchdev of O'Hagan Meyer, LLC, and for its Second Motion for Extension of Time to Answer or Otherwise Plead to the Complaint filed in the above captioned matter, states as follows:

1. On September 18, 2026, Defendant filed its initial motion for extension of time to answer or otherwise plead to the Complaint. (Doc. 27).

2. On September 21, 2026, the Court entered an order granting Defendant's initial motion, and ordered that Defendant answer or otherwise respond to the Complaint by October 16, 2026. (Doc. 29).

3. Defendant and its counsel require additional time to evaluate the allegations and underlying facts set forth in the Complaint, to determine the appropriate response, and prepare a responsive pleading.

4. In addition, an extension is warranted to promote judicial economy, as it will allow Defendant additional time to evaluate potential similar grounds for dismissal with the

individual defendants, including numerous who have not yet been served.

5. Accordingly, Defendant requests 30 additional days from the current deadline to file its responsive pleading to the Complaint, up to and including November 16, 2026.

6. Under Fed. R. Civ. P. 6(b), the Court may, for good cause, extend the period within which Defendant must respond to the Complaint if such request is made before the original time or its extension expires. Defendant has timely filed this request under Rule 6(b).

7. This extension of time to answer or otherwise plead will not unduly delay this matter, and no party will be prejudiced by this extension of time.

8. Undersigned counsel for Defendant has discussed an extension request with counsel for Plaintiff. Counsel for Plaintiff does not agree to an extension beyond November 2, 2026.

WHEREFORE, Defendant respectfully requests that this Court enter an Order extending the time within which Defendant must file its answer or other responsive pleading to Plaintiff's Complaint, up to and including November 16, 2026.

Dated: October 14, 2026

Respectfully submitted,

By: */s/ Nitika Suchdev*
Counsel for Defendant

Shane M. Bradwell (ARDC No. 6308632)
Nitika Suchdev (ARDC No. 6342824)
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
sbradwell@ohaganmeyer.com
nsuchdev@ohaganmeyer.com