**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UMIYA MATAJI SANSTHA,**<br>Plaintiff,<br>**v.**<br>**CITY OF ELGIN, ILLINOIS, et al.**<br>Defendant, | Case No. 2026 - cv - 08273 |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Umiya Mataji Sanstha ("Plaintiff") hereby dismisses Defendants Gregory W. Woytko and Diana K. Woytko ("Defendant") from the above-entitled civil action with prejudice, with each party to bear their own costs.

This 27th day of October, 2026.

***/s/ Sanjay S. Karnik***
Sanjay S. Karnik
Illinois Reg. No. 6300156
GRUBMAN WARNER BERRY LLP
159 N. Sangamon St., Ste. 313A
Chicago, IL 60607
T: (872) 260-6679
skarnik@gwbfirm.com

*Attorney for Defendant*

***/s/ John W. Mauck***
John W. Mauck
Mauck & Baker, LLC
1 N. LaSalle St. Suite 3150
Chicago, IL 60602
(312) 726-1243
jmauck@mauckbaker.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2026, I have caused the electronic filing of the foregoing document described as **NOTICE OF DISMISSAL OF DEFENDANTS GREGORY W. WOYTKO AND DIANA K. WOYTKO** through the CM/ECF system, which will serve all parties of record.

***/s/ John W. Mauck***
John W. Mauck