**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Umiya Mataji Sanstha
Plaintiff,
v.
City of Elgin, Illinois, et al.
Defendant.

Case No.: 1:26−cv−08273
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court grants the Plaintiff's motion [47] as follows: the Court extends Plaintiff an additional 45 days to serve the defendants not yet served as of today's date; the Court also allows the alternative service of the remaining defendants via posting and first−class mail. However, the Court will allow the defendants 45 days from the time of mailing to answer. Plaintiff is to send a revised proposed order to the Court's proposed order box at Proposed_Order_Rowland@ilnd.uscourts.gov. The Court strikes the status report due on 11/6/26. Status report due on 2/1/27. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.